# 12 CV 03023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Okoronkwo Okechukwu

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

City of New York
Prison Health
Mariane Molfetas D.D.S
Brian Martin D.D.S
Jean-Joseph Janvier M.D
Jane Sanjose M.D
Donald Buflien D.D.S
Bruce Parham D.D.S
See Attach

_(In the space above enter the name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes   ☐ No

(check one)

## I.   Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Okechukwu Okoronkwo
ID #  5101000081
Current Institution  G.M.D.C
Address  1515 Hazen Street
East Elmhurst ny 11370

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  See Attach   Shield #
Where Currently Employed
Address  S.D. OF N.Y.

_Rev. 05/2010_                                                     1

Defendant No. 2    Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

Defendant No. 3    Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

Defendant No. 4    Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

Defendant No. 5    Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

II.    **Statement of Claim:**

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?

O.B.C.C 1600 Hazen St EastElmHurst NY 11370

B.    Where in the institution did the events giving rise to your claim(s) occur?

The dental OFFice OF O.B.C.C

C.    What date and approximate time did the events giving rise to your claim(s) occur?

03-7-2011 about 11am.

D.    Facts: _____

_____

_____

_____

| What happened to you? |

See Attachments

_____

_____

| Who did what? |

_____

_____

| Was anyone else involved? |

_____

_____

| Who else saw what happened? |

_____

_____

_____

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

Multiple Injuries all stemming from the Initial dental
Surgery and Subsequent Lack of treatment
(1) Constant pain with bleeding and Oozing mouth
(2) Serious mouth Infections
(3) Submandibular abscess and Swellen of mouth
(4) High blood Pressure
5) Liver Failure and Abnormal Liver Functions
6) Irregular heart beat and abnormal heart Functions
(7) Diarrhea

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes __✓__    No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

O.B.C.C 1600 Hazen Street EastElm Hurst ny 11370

G.M.D.C 1515 Hazen Street EastElm Hurst ny 11370

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ____   Do Not Know ____

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ✓   Do Not Know ____

If YES, which claim(s)? _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ____

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance?

Grievance OFFICe, SOcial Services, Warden, Board OF Corrections

1.  Which claim(s) in this complaint did you grieve? Pain and bleeding
Lack OF treatment and damage to my mouth/health

2.  What was the result, if any? Grievance said that they could not do anything. I was Ignored

3.  What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process.  Complained to social Services
I complained on a grievance appeal
I wrote two Second Opinion request
I wrote to the warden, Board of Correction
my Family dialed 311

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here: _____
_____
_____
_____
_____

2.  If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any:_____

_____

_____

_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

I Complained to the Clinic Staff and doctors
I Complained to the Housing Captains
I Complained to the Housing Officers
I Complained to the Clinic Captain.
I grieved It multiple times
I wrote to the Board of Corrections, Health Serve

See Attachment

**Note:**   You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.   Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _____

$12 million Dollars For Injuries, Pain
Physical Stress, Emotional Stress and
Suffering
Damages to my health during the time that
this Incident occured
Damages to my Present health a
The Implications to my feature health

See Attachment

_____

_____

_____

_____

## VI.   Previous lawsuits:

| On these claims |

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No __✓__

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

    1.   Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

    2.   Court (if federal court, name the district; if state court, name the county) _____
       _____

    3.   Docket or Index number _____
    4.   Name of Judge assigned to your case _____
    5.   Approximate date of filing lawsuit _____
    6.   Is the case still pending? Yes _____ No _____

       If NO, give the approximate date of disposition _____

    7.   What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
       _____
       _____

On other claims

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____   No _____

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

    1.   Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

    2.   Court (if federal court, name the district; if state court, name the county) _____
       _____

    3.   Docket or Index number _____
    4.   Name of Judge assigned to your case _____
    5.   Approximate date of filing lawsuit _____
    6.   Is the case still pending? Yes _____ No _____

       If NO, give the approximate date of disposition _____

    7.   What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
       _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12 day of APRL , 20 12

Signature of Plaintiff _____

Inmate Number     510000081

Institution Address    1515 Hazen Street

Hazen s

East Elm Hurst ny 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 12 day of APRL , 2012, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Okechukwu Okoronkwo

Against

City OF Newyork
Prison Health Services Inc
Mariane MOLFetas D.D.S
Brian Martin, D.D.S
Jean-Joseph Janvier, M.D
Jane SanJose, M.D
Donald Buttien, D.D.S
Bruce Parham, D.D.S
Mohammed Yazdanie, M.D
Lynn Devivo, P.A
Susan Billinghurst-Hamlet, P.A
Quazi Satter, D.D.S
John Doe Clinic Captain (O.B.C.C)
John Doe House Captain, (Supper, O.B.CC) 7am-3pm, 3pm-11pm
Jane Doe House Captain, (Supper, O.B.CC) 7am-3pm, 3pm-11pm
John Doe House Captain, (Supper, O.B.CC) 7am-3pm, 3pm-11pm
Jane Doe House Captain, (Supper, O.B.CC) 7am-3pm, 3pm-11pm
John Doe Clinic Officers (O.B.CC) 7am-3pm, 3pm-11pm
Jane Doe Clinic Officers (O.B.CC) 7am-3pm, 3pm-11pm
John Doe Grievance Officers (DBCC)

I was incarcerated on June 15th 2010 in O.B.C.C (1600 Hazen Street East ElmHurst NY 11370) at Rikers Island.

I was cleared by the doctors as physically fit and healthy with no medical problems.

On Feb 11 2011  I went to sick call (the clinic) with pain on my right side of my mouth and problem chewing.

I requested dental care and was told to fill out a dental request slip and wait to be called.

On Feb 21 2011 I was examined by the dentist and was told I would be called on a later date for an extraction.

On March 7 2011, I was called in for the extraction. After the extraction I was still in pain and my tooth was sensitive.  I was given painkiller and told to go back to my room and that it was normal.

On April 11 2011 I went to sick call with pain on emergency.  I was bleeding and the right side of my mouth was sensitive to hot and cold things.

The officers at the clinic denied me from getting emergency dental care telling me to fill out a dental request slip.

On APRIL 28, 2011 I was called to the dentist, Mariane Molfetas, D.D.S said there was "no time today". I was not treated.

On May 2nd, 2011 I saw the dentist and was given a dental cleaning without addressing my pain on the right side area of my mouth. I was still in pain and I was sent back without any treatment to my dorm. That night felt worse and I was unable to sleep.

On May 3rd, 4th and 6th I spoke to the Captain of supper 7am-3pm and 3pm-11pm tour of OBCC complaining about my pain, bleeding of my gum and suffering. I complained about how I was treated by the officers. She did not help to get medical access to emergency dental care.

On May 6th I went to sick call again with pain, bleeding, swelling and oozing of my gums. I was only given pain killers and told to fill out a dental request slip. I was sent back to my dorm still in pain.

I complained to my dorm officers at supper in OBCC that day on the 7am-3pm and 3pm-11pm tours. They both spoke with the Captain who did not help get medical treatment saying "I had to fill out a dental request slip. I was in constant pain and I was unable to sleep at night.

I cried all night due to the Intense Pain.
   Everyday I was in Pain and I cried all day.
I was unable to eat because my tooth was
sensitive to cold and hot Food. I had problem
chewing and I was Loosing weight. This made me
physically and emotionaly stressed.
I could not brush my teeth right because It was
swollen and OOzing.
   On may 11th 2011 I Filled Out a request For dental
care because I was still in Pain, my tooth was
sensitive with bleeding and my gum was swollen.
My mouth was also OOzing.
   On May 19th 2011, I was called to the dental Office
and I was Just given Pain Killers after I told her of
my Sufferings From Pain with Sensitivity on my right Side.
I told her how I was Loosing weight because I was
unable to eat, drink and chew. Mariane Molfetas,
D.D.S, Said that "I need to have my teeth cleaned"
avoiding my Problems. She made an appointment to
get my teeth cleaned and sent me to my dorm.
   I kept going to sick call with Pain and swollen
OOzing gum Constantly. I was told to Fill a
dental request Slip.
   On June 09, 2011 after numerous complains and
dental request I was sent to the dentist.
I think this was because the Correction Officers

4

at the Clinic were angry with me For Constantly asking For help. The dentist, Mariane Molfetas DDS did not want to deal with me so she incompetently diagnoses me saying I needed another tooth filled in a different area. This was cheap and easy For her which made her report that a procedure was done. I Left still suffering pain and my gum was still sensitive.

On June 16, 2011 after numerous complains I was called to the dentist with pain. The dentist did not properly examine my tooth to administer the correct treatments. The dentist again worked on a different and wrong area to show that a procedure was done.

I was told to go back to my dorm still suffering From pain, sensitivity and oozing gum.

On June 15, 2011 I wrote a grievance about my suffering From pain and how I was ignored by the officers with the dentist thereby denying me dental care/treatment. See Exhibit A.

On June 22nd 2011, I wrote another grievance to social services about my suffering From pains, bleeding and swollen oozing gum. I complained about the dental officers and the dentist on how I was being treated. I was ignored and left to suffer in pain. See Exhibit B.

5

On July 4th 2011, I Filled a Second opinion For a dental request and care. I askes For treatment For the Constant Pain I was Suffering and the Swollen oozing gum. I requested treatment For my sensitive tooth because I was unable to eat or drink anything. I requested For a Second opinion to Properly diagnose my Conditions. I was never Called and my request was ignored. I was Left to Suffer in Pain and Cry all night. See Exhibit C

On July 16 2011, I wrote another Second opinion request For dental Care and treatment. I requested treatment For Constant Pain, Swollen oozing gum and Sensitivity on my right Side mouth. I complained about Lack of adequate care and how the Clinic Officers and dentist treated me wrongly. I requested For a Second opinion to Properly diagnose my Conditions and Provide better treatment. See Exhibit D.

On 21st July 2011, after numerous Complains I was Called to the dentist Who hurriedly dismissed my Conditions with out taking any Xrays. I was sent back to my dorm still in Pain thereby denying me adequate treatment.

On July 27 2011 I wrote some Letters to the Board of Corrections, NewYork Health

Department, Prison Health Services and The Warden of O.B.C.C. I complained about Lack of treatment. I complained about how the Clinic Officers and dentist were not helping me with the right treatment.

Nothing was done and I never recieved any reply from them. I was Left to Linger in Constant Pain. See Exhibit E

On July 26th, 27th, 28th and 29th 2011, I spoke to the Captain of Supper O.B.C.C In the am and pm tours Complaining about my Pain, bleeding of my gum and Suffering. I complained about how I was being treated by the Officers

On numerous times in May, June, July and August my Family dailed 311 On different days Complaining of how I was being treated by the Department of Corrections Staff.

On July 29, 2011 I made a grievance appeal to the I G R Office complaining of Pain and Lack of adequate treatment. I complained about how the Correction Officers were handling my Issues. I requested their Intervention to help me by Providing me with the right needed treatment. I was Ignored and Left to Suffer in Pain See Exhibit F

On August 08 2011, I complained In the grievance

7

On how I was being treated by the Clinic Officers, my pains and Lack of adequate treatment. I was Ignored and No actions were taken. See Exhibit G

On August 08, 2011, I wrote an appeal on a denial Of a Second Opinion request. I Complained Of Lack of adequate treatment and actions For not Providing me adequate Care. See Exhibit H.

On August 09, 2011 after numerous Complains I was Called to the dentist by Donald Butlien D.D.S. He did not Properly diagnose my condition and he hurriedly dismissed my Conditions without any xrays. I tried to explain to him but he again hurriedly Stopped me saying he was referring me to another dentist. I was sent back to my dorm Still in Pain thereby denying me adequate treatment.

On August 09 2011, I Complained again to the grievance about Lack Of adequate treatment and Incompetent actions Of Correction Clinic Officers and the dentist. I Complained about how I was Unable to eat and sleep because of Pains and Sensitivity to my mouth.

The grievance Officers Called me to their Office and told me that there was nothing their Office Could do For me because the dental Office was a Seperate

entity. No action was taken to help me get adequate treatment. See Exhibit I

On Sept. 28, 2011 I could not talk and my mouth was infected and extremly swollen. I went to the sick call for an emergency because I was in chronic pain crying and I had a fever.

The doctor examined me and diagnosed me with A Submandibular abscess. The doctor said that my tooth and mouth were infected.

The doctor checked my blood pressure and noted that I had a high blood pressure.

The doctor started me on immidiate Antibiotics (150MG) and Tylenol with Codeine (300-30MG). He also made me an appointment for immidiate dental treatment.

The doctor asked why It took so long and why I was not treated. I complained to him on how the clinic officers acted. The officers at the clinic were mad because the doctor questioned their actions regarding my case and why they took so long to get me adequate dental care.

The officers said that I complained too much and sent me back to my dorm to wait for my dental appointment.

9

It took Six months before I was Properly diagnosed and recommended For the right treatment.

On Sept 29th 2011 the next day I was moved out OF ObCC by the OFFicers because OF my Complain. I was moved to G.M.D.C 1515 Hazen Street East Elmhurst Ny 11370.

On sept 30th I went to Sick Call In GMDC with Pains For emergency treatment because 1 was having a Fever and my mouth was Swollen and oozing.

I was reordered the medication that was given to me by the doctor From O.B.C.C. The doctor From G.M.D.C made an appointment For me.

On Oct 3rd 2011, I went to the dentist For the appointment. I was diagnosed with "R/O Carious Lesion tooth #3, Maxillary Right First Molar". The dentist Prescribes a higher dosage OF Antibiotics (500M.G) to be taken three times a day. The dentist Ordered and Xray For radiographic diagnosis. The dentist noted InFections saying "R/O Irreversible Or Reversible PulPitis #3 Molar" and made an appointment For dental Surgical restoration the next day in the Am.

On Oct 4th 2011 I went to the Clinic For Sick

10

Call with pain.  I told the doctor that I had a dental appointment and I was never called. The doctor examined me and noted an increase In my blood pressure.  The doctor ran some test on me and said that I would be called back For the results.

On Oct 6, 2011 the doctor called For check up For Increased high blood pressure. The doctor diagnosed me with Hypertension.  The doctor asked IF I was on any Previous medication and I said no.  I told the doctor of my tooth Problem and how Long I had to deal with Severe pain and being unable to sleep. The doctor read the test result to me Confirming Hypertension and Prescribed me Vasotec (10MG) One tablet everyday. The doctor ordered more test to be done on me.

On Oct 10, 2011 I was called to the Clinic For my blood pressure check and to give blood For Labwork.  My blood Pressure was very high and I was still In Constant pain from my tooth. Nothing was done on my tooth.

On Oct 7th, 8th, 11th I was called to the Clinic twice a day For blood Pressure Check. My blood Pressure was high.

I was still suffering from pain because the dentist never called me for the dental surgery appointment.

On Oct 13 2011, I was called to the clinic for my blood pressure check and to recieve the result of my blood work.

I was diagnosed by the doctor with an abnormal C.B.C.W.DIFF and PLATELETS, which are the blood cells.

I was diagnosed with an abnormal CHEM20

I was finaly diagnosed with an abnormal liver function. I am still suffering from pain in my tooth and nothing has been done to effectively treat it.

On Oct 17, 2011 I was called to the clinic for blood pressure check and I told the doctor of my tooth pain. The doctor made a dental appointment for me.

On Oct 18 2011 I was in severe pain and sensitivity on my mouth. I was called to the clinic for an E.K.G. and to check my heart.

The result showed that I had an irregular heart beat and an abnormal heart function.

I was in constant pain and no adequate treatment was given to me for my tooth.

On Oct 21st 2011 I was called to the clinic

For my blood Pressure Check.  My Pressure was
high.  I still suffering From Pain.
     I was Prescribed Hydrochlorothiazide Capsules
(12.5MG) For my abnormal Conditions.
     On Oct 24th Quazi Satter D.D.S Canceled my
dental appointment I had with him. He did not
give me any reason and he never Called me.
He denies my Medical treatment For my Pain.
     On the same day Oct 24 2011 I went to the Clinic
with pain and Diarrhea.  I was having Loose
Bowel Movements.
     On Nov 2nd 2011 I was Finaly Called to the
dental Office and the Surgery was Performed.
     Now the dosages were Increases For my medication
For these drugs:
(1)  Vasotec (10MG)  Now  (20MG)
(2)  Hydrochlorothiazide (12.5MG)  Now  (25 MG)

✻    The Prison health staff and dentist made medical decisions that were so Incompetent and Inadequate.

They made bad medical decisions by not treating me and not helping to relieve my pain

Several times they did not Properly diagnose my dental Condition Correctly.

They tried to remedy the Situation by Providing me only Pain Killers, which was Inadequate in easing my Pain and suffering and not Investigating to see what the real Problem was.

I was Ignored and Left in Pain For over seven (7) months without adequate Medical treatment and my Condition deteriorated even more.

My gum was Infected, deteriorating and bleeding with Contantly oozing smell.

I Could not eat and I was Loosing weight.

My mouth was seriously infected and my body was starting to become affected due to Lack of Sleep and Constant Pain.

I was unable to talk and also unable to show a simple Smile which is one of Lifes essentials

I Cried all day and night in my bed because I was in Pain Constantly.

I was unable to sleep due to Constant Pain and I was Physically stressed.

14

I was in Serious pain and unable to live a normal life and to appreciate the simple things in life, like Food, Laughing, Smiling, Sleeping, talking, reading and Concentrating.

This made me physicaly stressed and emotionaly stressed which lead to the Following:

(1) Serious Infection of my mouth (tooth and gum) with bleeding and Constantly oozing smell.

(2) High Blood Pressure.

(3) Failing Liver and Abnormal Liver Function.

4 Irregular Heart Beat and Abnormal Heat Function.

(5) Diarrhea — Constant Loose Bowel Movement.

✱    I am asking For the Amount of Twelve Million Dollars ($12 million Dollars) For Injuries, Pain, Physical Stress, Emotional Stress and Suffering.

This is For damages to my health during the time that this incedent occured

This is For damages to my Present health For I am now Forced to taking different medications daily.    I am restricted to eating Certain Food and not the Food of my Choice.

I am Constantly scared of having a Stroke, heart attack and a Failed Liver thereby loosing my ability to use my reproductive organ (Penis).

The Implications to my Feature health are

the Followings :-

① Hearth Attach - (High Blood Pressure, Abnormal heart Function)

(2) Stroke - (High Blood Pressure, Abnormal Heart Functions)

3 Paralysis - (High Blood, Abnormal Heart Functions

4 Blood Infection (Abnormal Liver Functions)

5 Uncontrolled Urine discharge (Abnormal Liver Functions)

6 Physical and Mental disorder (HighBlood Pressure, Abnormal Heart Functions).

* High Blood Pressure, Irregular heat beat with an Abnormal Heat Function and Abnormal Liver Function are not Curable.

* They are only Controlled by daily dosage of medication For the rest of a Persons Life.

* For the remainder of my Life I will be dependant on medications and WILL never again be able to Lead a normal Life. This all Could have been Prevented If not For the Insufficient treatment on the Part of Department of Correction (DOC) and It's Medical Staff.

Okokronkwo Okechukwu
ID, 5101000081
1515 Hazen Street
EastElmHurst Ny 11370

16

# EXHIBIT A

148

**THE CITY OF NEW YORK**

**DEPARTMENT OF CORRECTION**

06-15 ............................ 20I

To: Griviance tooth pain

Please grant me an interview regarding ..............
my teeth, I am in Chronic
Constant Pain in my mouth
my teeth is bleeding and my
gum is swollen this all
started after I pulled out
a tooth and the proceedure
was not done right. I
Cant sleep because I am

Name OkeChukwu Okoronkwo
Comm. No. 5101000081 ..... C.R. ObCC. Tier 8upper Cell.

Work Assignment ................................

State briefly what you wish to discuss.

**Do not use any other form.**    **Do not use envelop**

Deposit this slip in the mailbox as you do your outgoing ma
If space is not sufficient use other side.
You will not be called unless your request merits consideratio

=============================================
**Inmates: Do Not Write Below This Line**
=============================================

Interview held by ..................................
Disposition ......................................
...............................................
...............................................
...............................................
Signed ..........................................
Title ...........................................

In Constent Pain
I have Filles out a
greviance but I was never
called. I have also
Filled out a seCond opinion
request but 1 was never
called either. I cannot
eat or drink anything on
my right side because my
teeth and gum are sensitive.
I have been to the sick call
and I was told to Fill
the dental appointment.
Please 1 am having
migraine headaches.
I need Immidiate attention
and help. I cant sleep
This leaves me stressed and
Confused.

# EXHIBIT B

143

THE CITY OF NEW YORK
DEPARTMENT OF CORRECTION

06-22 ........ 20

To: Social Services

Please grant me an interview regarding

my tooth and gum has
a damages nerve!
This all Started after I Pulled
out a tooth in the dentist.
My gum is bleeding and my
whole right side is Sensitive.
I Can't eat or drink anything on
that Side because it hurts.

Name Okechukwu Okoronkwo

Comm. No. 5101000081   C.R. ...... Tier ..... Supper OBCC  Cell ...

Work Assignment ......................................

State briefly what you wish to discuss.
Do not use any other form.     Do not use envelop
Deposit this slip in the mailbox as you do your outgoing ma
If space is not sufficient use other side.
You will not be called unless your request merits consideratio

Inmates: Do Not Write Below This Line

Interview held by ....................................

Disposition ...........................................

.......................................................

.......................................................

.......................................................

Signed ................................................

Title .................................................

I am in Pain and I
need treatment and
help.

# EXHIBIT C

# Patient Complaint/Request for Second Opinion

To: Clinic Administrator and Chief Physician of OBCC Rikers island.
(Name of Jail)

From: Okechukwu Okoronkwo (ID #510100081 )
(Name)

Subject: Patient Complaint/ Request for Second Opinion

Date: 07-04-11

Despite my attempts to get the medical attention I need, I have not received appropriate care. I am sending you this letter as a patient complaint because of the following problem(s) with my medical care:

My two back tooth are sensitive and it hurts. I have a Swollen gum and extreme Pain on my right side. I cant eat on that side or drink cold water because I am in Pain. This all started after I took out a tooth on my right side about 2 months ago. The right side was damaged.

I believe that I need the following:

To be reexamined by a dental Surgeon to check on why I am having constant pain everyday in that area. To see why my teeth is sensitive maybe I have a damaged nerve. To Fix the Problem now before it is too late and I loose all my teeth on that side.

I am afraid that if I do not get the care I have requested that I will get sicker. I am also concerned that the following things will happen:

I may have an Infection in my gum and it may spread Like it is spreading now. This will cause more head pains Leading to a migraine Headache. This Pains stops me from sleeping and I dont want to have a sleep disorder. I am in constant and extreme Pain everyday.

Please review my complaint as soon as possible and let me know what steps you will take. Thank you for your immediate attention.

Sir I have been to the sick call and all I get is pain killers but no solution. This Just takes the Pain away but it comes back and I dont want to be addicted to Pain Killers. I have never had any Problem with my teeth until now.

# EXHIBIT D

# Patient Complaint/Request for Second Opinion

To:     Clinic Administrator and Chief Physician of _ObCC_
                                                    (Name of Jail)

From: _Okechukwu Okoronkwo_  (ID # _510100008I_   )
           (Name)

Subject:   Patient Complaint/ Request for Second Opinion

Date:   _07 - 16 - 11_

Despite my attempts to get the medical attention I need, I have not received appropriate care. I am sending you this letter as a patient complaint because of the following problem(s) with my medical care:

my two back tooth are sensitive and it hurts. I have a swollen gum and extreme pain on my right side. I can't eat on that side or drink cold water because I am in pain. This all Started after I took out a tooth about 2 months ago. The nerve on the right side were the tooth was pulled is damaged.

I believe that I need the following:

To be re examines by a dental surgeon to Check on why I am having constant pain everyday in that area please. To Check and see why my teeth is sensitive and why my gum is swollen. To Check for nerve damage and to Fix the problem now before it is too Late. To stop any other damage or me wosin all my teeth in the future?

I am afraid that if I do not get the care I have requested that I will get sicker. I am also concerned that the following things will happen:

I may have an Infection in my gum and teeth which may spread like it is spreading now Causing any Further damage. I have constant head pain and I don't want more headaches which may Lead to Migraine. This pain and headaches are Chronic and Severe that it stops me from sleeping. I don't want to have a Sleeping disorder. I am in Severe pain and after taken pain killers For so long it has become ineffective. The Pain is Still there. his Leaves me stressed and Confused.

Please review my complaint as soon as possible and let me know what steps you will take. Thank you for your immediate attention.

Please I need Immidiate attention. I have been to the sick call and all I got was more Pain killers with no Solution. I don't want to be addicted to this Pain killers

EXHIBIT E

Obcc - Supper
1600 Hazen St
East Elmhurst ny 11370
7·27-11
ID÷510100008I

To whom it may Concern:

Hi Sir /madam

My name is Okechukwu Okoronkwo and I am incarcerated at the above named address on Rikers island Correctional facility.

On March 07 year 2011 I went to the dental office to get my teeth Pulled out. The Last tooth on the top right side was taken out but I was in a Lot of Pain. I Felt that the Proceedi was not done right because of the excess bleeding and I told the dentist. He said I should let it heal. I was bleeding Seriously with extrem Pain but I was told to go back to my room

In the next three days, my gum was swollen and I was Still bleeding. I went to see the doctor to Complain in Sick Call, because I could n not Just see the dentist without an appointment which is the rule here. I was told to Fill another appointment Farm to see the dentist and that there was nothing he could do For me. It took another two weeks before I could see the dentist, and everytime I was at Sick

call to see the doctor because I was in chronic constant pain.

At the dentist office, I complained that I was in constant pain, and I was told to rinse my mouth & let it heal. No examination or check up was done. I was given pain killers and nothing else was done.

Sir/Madam It went from bad to worse. I have complained so manytimes to the dentist and doctors in the Jail but nothing has been done. My whole right side was swollen and is sensitive to everything. I cannot eat or drink anything on that side. My nerves on the right side is damaged, and I am in constant pain.

My teeth and gum are still bleeding. I am in extreme severe pain, and I have migraine headaches. I can't talk normally or pronounce words regularly. because of the extreme pain on the right side gum. I can't sleep at night & I can't chew anything on that side of my mouth, because of the chronic pain.

I have complained and I filled a second opinion but nothing was done or has been done. I have also filled a greviance with the jail & I was never called or answered.

All I got is any pain killers and no

xamination, notests and no real Solution.

I have been denied medical attention on Several
ccasions.

I am in Severe pain and after taking Painkillers for
so long it has become ineffective.

This has left me deformed phisically and
motionally because I can only talk with one Side of
my mouth.

My right Side is in so much pain that I Cant move It on
the regular.

A Simple Smile is difficult to do inorder to
xpress my emotions.

This Leaves me Stresses and Confuses.

I need Immidiate attention and help.

Thanks For your Cooperation,

Okonkwo.

EXHIBIT F

GRIEVANT'S STATEMENT FORM

FACILITY: ObCC                          GRIEVANCE # _____

GRIEVANT'S NAME: Okechukwu Okoronkwo I.D.# 510-1000081

CATEGORY Medical      HOUSING AREA Suppe      DATE 07-29-91

All grievances must be submitted within 7 days of incident and should be handwritten by the grievant only. This sheet should be used as a worksheet from which the grievance is typed onto the "Inmate Grievance Form" and remains filed in the grievants folder.

Grievance

My tooth ans gum is Severely damages.
This all States after I tooth out a tooth.
I am in Constent Pain and my gum bleeds.
I have Complaines ans nothing has been done.
I Cant Sleep at night beCause of Constent
Chronic headaches. My Whole right Side is Sensitive
I cant eat or drink anything on that Side

Receipt # _____

Action Requested:
I need a resolution to my dentai Problem

_____

Have you filed this grievance with any other Agency of Court? _____ Yes ✓ No

Have you filed this grievance with the Inspector General's office? ✓ Yes _____ No

_____ Grievant agrees to have his/her statement edited for clarification by IGRC Staff

_____ I am requesting that the grievance be written for me by the IGRC staff.

07-29-31
Date                                    Grievants Signature

Form # _____
                                        Witnessed By

# EXHIBIT G

CITY OF NEW YORK – DEPARTMENT OF CORRECTION

Form #7101R

**ATTACHMENT E**

**INMATE GRIEVANCE FORM**

Facility OBCC____ Grievance No._____ Date 8-8-11___ Housing Unit Supper

Name Okoronkwo Okechukwu Book and Case # 5101000081____ NYSID # N: 01970176K.

Please describe problem as briefly as possible (Please Print or Type).

I am still in pain and my mouth is still bleeding. The dentist is playing games and nothing is been done to me. I need a solution because I can't sleep or use the right side of my mouth. I would also like a copy of the last grievence solution report

Action Requested by Inmate:

I need my teeth fixed and the pain to go away.

Advisor/Interpreter requested: _____ Yes __✓__ No   Who _____

Have you filed this grievance with any other investigative body or court?_____ Yes __✓__ No

If yes, specify:_____

Grievants' Signature _____

Grievance Aide _____

The IGRC proposes to informally resolve your grievance as follows:

_____

_____

_____

_____

_____

Representative Signatures

_____        _____

_____        _____

This informal resolution is accepted: _____
                                        Grievants' Signature

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee.
I request a hearing of my grievance by the IGRC __✓__ Yes _____ No

_____
Grievants' Signature

Page 1 of 2

Form #7101R

Hearing Recommendations:

_____

_____

_____

_____

Date returned to inmate: _____   IGRC Members: _____

_____

_____

_____

_____

Return within one day of receipt and check appropriate boxes.

A.   (   )        I agree with the IGRC recommendation.

B.   (   )        I disagree with the IGRC recommendation.

C.   ( ✓ )        I wish to appeal to the Warden.


_____                    _____
Greivant's Signature                                 Date


_____                    _____
Greivance Aide Signature                             Date


To be completed by Grievance Coordinator (Check only one box).

(   )   Grievance appealed to Warden                  _____
                                                     Date

(   )   Grievance forwarded to the Warden for action upon IGRC recommendation

                                                     _____
                                                     Date

(   )   Grievance not forwarded to Warden (explain):

_____

_____

_____


                                                     _____
                                                     Supervisor's Signature

# EXHIBIT H

# Appeal of Denial of
# Patient Complaint/Request for Second Opinion

To:        Clinic Administrator at <u>Rikers Island OBCC</u>
                                                    (Name of Jail)

From:   <s>510-100008 1</s> <u>Okoronkwo Okechukwu</u>        (ID # 510-100008 1  )
                    (Name)

Subject:    Appeal of the Denial of my complaint For Dental

Date:      05-08-11

         I am appealing the denial of my attached patient complaint/second
opinion request for the same reason state in my original letter, which I have attached.


              Describe additional reasons for appeal (if any):

I am still having constant pain in my mouth,
my teeth and gum are still sensitive and I
cannot eat, chew or drink any thing on that
side. I still have headaches and I can't
sleep my gum is still bleeding. Please I
need some help.

              Please reconsider my request. Thank you for your immediate attention.

Please look into this again I am hurting
and I would not complain just like that.
I have never had any problem with I took
out my took in jail at OBCC dental office.

# EXHIBIT I

143

## THE CITY OF NEW YORK
## DEPARTMENT OF CORRECTION

8-9 .......... 20 11

To: Greviance

Please grant me an interview regarding my tooth I am Still not given any medical attention that I need. I am Still in pain and I cant sleep and my mouth is Still bleeding. The dentist are not doing anything This is all because I took out a tooth and It was done wrong.

Name OKoronkwo OKeChukwu
Comm. No. 510-1000087   C.B.   Tier   Cell. Supper

Work Assignment

State briefly what you wish to discuss.

Do not use any other form.   Do not use envelop

Deposit this slip in the mailbox as you do your outgoing ma

If space is not sufficient use other side.

You will not be called unless your request merits consideratio

### Inmates: Do Not Write Below This Line

Interview held by

Disposition

I need a solution Immiciately
because I am stresses out
ans in pain everyday.
I need this to be taken to
a higher Authority ans to the
I GRC Please.