Okechukwu Okoronkwo
28 Parkview Loop
Staten Island NY 10314
02-05-15

12 CV 3023 (ALC)(KNF)

Hon Andrew L Carter Jr
Chief United States District Judge
United States District Court
Southern District Of Newyork



Re: Okoronkwo Okechukwu V. Prison Health Services, et al.
Index No: 12-CV-3023-ALC-KNF

Hon Judge Carter Jr

I am Okechukwu Okoronkwo the Plaintiff Pro Se in this action and I am presently residing at the above named address

On or around July-August, 2014 I was represented by my then Lawyer Anne Li.

of Kenyon & Kenyon.

On or around August a settlement of $7,500 was reached by my then Attorney Anne Li and I signed all released documents.

At the time of the settlement Kenyon & Kenyon through my then attorney Anne Li, agreed to waive the attorneys fees and award me the whole amount of $7,500 to help me with my ongoing immigration issue.

Hon Judge, For over the past 3 months since Nov 2014 I had continiously tried to get in contact with Attorney Anne Li without any respond.

On Feb 4th after several calls to Kenyon & Kenyon requesting to speak to Anne Li, I was informed by the secretary that Anne Li no longer worked for the company. and that she had no information for me. The secretary saying "I see you have been calling and I had to help you, so you have to follow up on this case by yourself".

Hon Judge, I don't know how to proceed with this matter.
I humbly request Your Honorable Judge's

Intervention in resolving this issue and the Award of the Full settlement amount to Plaintiff (Okechukwu Okoronkwo) Please Find enclosed Letter to Defendant's Attorney Jonathan M. Wahlawer. Exhibit A

Thankyou For your time and Consideration in this matter.

Respectfully Submitted

Okechukwu Okoronkwo

Exhibit A

Okechukwu Okoronkwo
28 parkview Loop
Staten Island Ny 10314
02-05-15

12 CV 3023 (ALC)(KNF)

Jonathan M. Waldaner
HPM & B
99 parkAve
Ny Ny 10016

Re: Okoronkwo Okechukwu V. Prison Health
Services, et al
File No: 611-3200
Index No: 12-CV-3023-ALC-KNF

RECEIVED FEB 11 2015 PRO SE OFFICE

Sir, I am Okechukwu Okoronkwo the Plaintiff Pro se in this action and I am presently residing at the above named address

On or around July - August, 2014 I was represented by my then Lawyer Anne Li of Kenyon & Kenyon

On or around August A Settlemen of $7,500 was reached by my then Attorney Anne Li and I signed all release documents.
At the time of the settlement Kenyon & Kenyon Agrees through my then Attorney Anne Li to waive the attorney's Fee's and award me the

the whole amount of $7500.

I was just informed that Anne Li no longer works for Kenyon & Kenyon and that no information was available to me and that I should contact your office.

Sir, I am requesting information on the release of the settlement and that the settlement award be sent directly to my address at 28 parkview Loop Staten Island NY 10314

I also request that all inquires and responds be directed to me pending the reply of the letter from Hon Judge Carter Jr.

Thankyou for your time and consideration in this matter

Respectfully Submitted

Okechukwu Okonukwo

cc
Hon Judge Andrew. L. Carter
Chief U.S District Judge
U.S District Court
500 Pearl St
NY NY 10007

Obinkwa Okonkwo
28 Parkview Loop
SI
NY 10314

Roger Man

Pro Se Office
U.S District Court
Southern District Of NY
500 Pearl Street
Room 230
Ny NY 10007

NEW YORK NY 100
07 FEB 2015 PM 1 L

RECEIVED
SDNY PRO SE OFFICE
2015 FEB 11 A 11: 50

Freedom
FOREVER
2012